IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC., <br><br>                Plaintiffs, <br><br>v. <br><br>ACTAVIS LABORATORIES UT, INC., <br><br>                Defendant. | Civil Action No. 18-497-RGA |
| INDIVIOR INC. and INDIVIOR UK LIMITED, <br><br>                Plaintiffs, <br><br>v. <br><br>ACTAVIS LABORATORIES UT, INC., <br><br>                Defendant. | Civil Action No. 18-499-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
CLAIMS AND COUNTERCLAIMS**

Plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc. and Defendant Actavis Laboratories UT, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.    All of Plaintiffs' claims of infringement as identified in Plaintiffs' Complaint for Patent Infringement, D.I. 2 in C.A. No. 18-499-RGA, dated September 14, 2017, and Plaintiffs' First Amended Complaint for Patent Infringement, D.I. 6 in C.A. No. 18-497-RGA, dated April 30, 2018, are dismissed without prejudice;

2.    All of Defendant's counterclaims for declaratory judgment of noninfringement and invalidity as identified in Defendant's Amended Answer, Affirmative Defenses, and Counterclaims, D.I. 63 in C.A. No. 18-499-RGA, dated May 16, 2018, and Defendant's Answer,

Affirmative Defenses, and Counterclaims, D.I. 14 in C.A. 18-497-RGA, dated May 31, 2018, are dismissed without prejudice;

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

4. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:
Jeffrey B. Elikan
Jeffrey H. Lerner
R. Jason Fowler
Erica N. Andersen
Philip S. May
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
(202) 662-6000

*Attorneys for Plaintiffs*
*Indivior Inc. and Indivior UK Limited*

James F. Hibey
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036
(202) 429-6407

Jamie Lucia
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
(415) 365-6700

*Attorneys for Plaintiff*
*Aquestive Therapeutics, Inc.*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

OF COUNSEL:
Michael Nutter
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Stephen R. Smerek
David P. Dalke
WINSTON & STRAWN LLP
333 South Grand Avenue 38th Floor
Los Angeles, CA 90071-1543
(213) 615-1700

*Attorneys for Defendant*
*Actavis Laboratories UT, Inc.*

September 13, 2019

SO ORDERED this 16 day of September, 2019.

/s/ Richard G. Andrews
Unites States District Judge